# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA,             )<br>                                                                 )<br>                          Plaintiff,           )<br>                                                                 )<br>         vs.                                                  )<br>                                                                 )           **CR06-55 TSZ**<br>CEDRIC MARVIN JACKSON, JR.,   )<br>                                                                 )<br>                          Defendant.       )           **MINUTE ORDER** | |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

This matter has been referred to the Honorable James P. Donohue, United States Magistrate Judge, for the purpose of a settlement conference.

The Settlement Conference is hereby scheduled for Thursday, April 6, 2006, beginning at 9:30am, in Courtroom 12A, U.S. Courthouse, Seattle, Washington.

Dated this 28th day of March , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**